UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP ) | |
| ) | CIVIL ACTION NO.05-11511 DPW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL MEDSURG ) | |
| CONNECTION, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(i), Plaintiff Tyco Healthcare Group LP hereby voluntarily dismisses the above referenced case without prejudice.

    Respectfully submitted,

    TYCO HEALTHCARE GROUP LP.

    By its attorneys,

    /s/ Joseph F. Shea
    Joseph F. Shea (BBO #555473)
    Ronald E. Cahill (BBO # 638200)
    Nutter, McClennen & Fish, LLP
    World Trade Center West
    155 Seaport Boulevard
    Boston, MA 02210-2604
    (617) 439-2000

Dated: October 6, 2005

1468992.1